UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEXANDER DELGADO, | No. 2:16-cv-2954 AC P |
| Plaintiff, | |
| v. | ORDER |
| CDCR, et al., | |
| Defendants. | |

Plaintiff is a state prisoner at High Desert State Prison who proceeds pro se with this civil rights action filed pursuant to 42 U.S.C. § 1983, and request to proceed in forma pauperis. Plaintiff has consented to the jurisdiction of the undersigned Magistrate Judge for all purposes pursuant to 28 U.S.C. § 636(c), and Local Rule 305(a). See ECF No. 4.

The court's own records[1] reveal that the instant complaint contains identical allegations to those pursued by plaintiff in a prior action filed in this court. See Delgado v. Santana et al., Case No. 2:14-cv-00634 CMK P, ECF No. 13 (First Amended Complaint). The prior case reached a stipulated settlement which plaintiff continues to contest. See id., ECF Nos. 27 et seq. In the

---

[1] This court may take judicial notice of its own records and the records of other courts. See United States v. Howard, 381 F.3d 873, 876 n.1 (9th Cir. 2004); United States v. Wilson, 631 F.2d 118, 119 (9th Cir. 1980); see also Fed. R. Evid. 201 (court may take judicial notice of facts that are capable of accurate determination by sources whose accuracy cannot reasonably be questioned).

1

present action, plaintiff asserts that he was "coerced to dismiss" his prior action and has resubmitted it "with the hopes of having this action properly processed." See ECF No. 1 at 8. Plaintiff must pursue these contentions in Delgado v. Santana et al., Case No. 2:14-cv-00634 CMK P. Due to the duplicative nature of plaintiff's actions, the instant action must be dismissed.

Accordingly, IT IS HEREBY ORDERED that:

1. This action is dismissed with prejudice because duplicative, see Fed. R. Civ. P. 41(b); and

2. Plaintiff's request to proceed in forma pauperis, ECF No. 5, is denied as moot.

DATED: September 18, 2017

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE